UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL C. BOLIN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>HEATHER E. WILLIAMS, et al.,<br><br>　　　　Defendants. | No.  2:23-cv-00582-DJC-EFB (PC)<br><br><br>ORDER |

Plaintiff, a state prisoner, is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 5, 2023, the Court denied Plaintiff's application for leave to proceed in forma pauperis and granted Plaintiff fourteen days within which to pay the $402 filing fee for this action.  ECF No. 9.  Plaintiff was warned that failure to pay the filing fee within fourteen days would result in the dismissal of this action.  Id.  Plaintiff has not paid the fee.

////

////

////

1

1 | Accordingly, IT IS ORDERED that this action is DISMISSED.

IT IS SO ORDERED.

Dated: __September 2, 2023__

*Daniel J. Calabretta*
Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE